UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-21068-CIV-SEITZ/TURNOFF

PRIMERICA LIFE INSURANCE COMPANY,
        Plaintiff,
vs.

CID L. TORREZ, ET AL.,
        Defendants.
_____/

## ORDER RE: LETTER FROM DEFENDANT CID L. TORREZ

THIS MATTER is before the Court on a letter from Defendant Cid L. Torrez [DE-41]. This is the second letter Defendant Torrez has filed with the Court. In the first, Torrez sought permission to dispute some of the findings of fact made by the Court in its Order Granting Joint Motion for Final Judgment [DE-37]. The Court denied the request [DE-40]. Despite the denial, Torrez's current letter contests the Court's factual findings and sets out Torrez's version of the facts. However, even if the Court were to consider Torrez's letter, Torrez would not prevail. Torrez has presented no evidence to dispute the findings of fact made by the Court in its Order Granting Joint Motion for Final Judgment. Torrez's letter contains nothing but unsupported statements by Torrez. Consequently, Torrez has presented no *evidence* that contradicts the Court's earlier findings of fact. Accordingly, it is

ORDERED that the relief sought in the letter from Defendant Cid L. Torrez [DE-41] is DENIED.

DONE AND ORDERED in Miami, Florida, this 21st day of December, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record/Pro se parties